**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Marlon Echon Melu, et al<br><br>　　　　Defendant. | Case No: 2:19-cr-00300-04-JCM-EJY<br><br>**SEALED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING (Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Simon F. Kung, Assistant United States Attorney, MARLON ECHON MELU, by and through her attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for *August 5, 2022 at the hour of 10:00 a.m*., be vacated and continued to a time convenient for the Court *after September 22, 2022*.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Those defendants who have not entered a guilty plea are set for trial, on August 22, 2022.

2. The parties need more time for Mr. Melu to cooperate with the government.

3. Mr. Melu is out of custody and does not object to this continuance.

4. The additional time requested herein is not sought for purposes of delay.

- 1-

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after September 22, 2022.

DATED this 2nd day of May, 2022.

U.S. ATTORNEY'S OFFICE

/s/ *Simon F. Kung*
Simon F. Kung
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
simon.kung@usdoj.gov
Attorney for the UNITED STATES


/s/ *Richard Tanasi*
RICHARD E. TANASI, ESQ.
Attorney for the Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF NEVADA,<br><br>   Plaintiff,<br><br>vs.<br><br>Marlon Echon Melu, et al<br><br>   Defendant. | Case No: 2:19-cr-00300-04-JCM-EJY<br><br>**<u>SEALED ORDER ON STIPULATION</u>** |

  This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

  **WHEREFORE, IT IS HEREBY ORDERED,** that the **<u>Sentencing Hearing</u>** in the above-captioned matter, now scheduled for **August 5 2022**, at the hour of 10:00 a.m., be vacated and continued to September 23, 2022 at 10:00 a.m.

  DATED May 5, 2022.

_____
UNITED STATES DISTRICT JUDGE

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 3 -

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on the 6th day of May 2022, the undersigned served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to:

Simon F. Kung
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
simon.kung@usdoj.gov
Attorney for the UNITED STATES

        /s/ *Richard Tanasi*
        An employee of TANASI LAW OFFICES