**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-04-JCM-EJY |
| Plaintiff, | |
| vs. | **SEALED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING (Eight Request)** |
| MARLON ECHON MELU, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the UNITED STATES OF AMERICA, by and through Assistant United States Attorney Simon F. Kung, and defendant MARLON ECHON MELU, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for ***September 23, 2022 , at the hour of 10:00 a.m*.**, be vacated and continued to a time convenient for the Court ***after December 5, 2022***.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. On July 29, 2022, the Court continued the jury trial date for those defendants who have not entered a guilty plea ("trial defendants") to December 5, 2022.

2. Mr. Melu is a government witness, and he continues to cooperate and assist the government in its case against the trial defendants.

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

3.      The parties require additional time for Mr. Melu to continue his cooperation, which may include his potential testimony against the trial defendants as part of his continuous cooperation and assistance to the government.

4.      Mr. Melu is out of custody and does not object to this continuance.

5.      The additional time requested herein is not sought for purposes of delay.  Thus, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept this Stipulation and enter an Order as set forth below, continuing the sentencing hearing to a date after December 5, 2022, as may be deemed convenient to the Court.

DATED this 1st day of August 2022.


U.S. ATTORNEY'S OFFICE

/s/ *Simon F.Kung*
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101
simon.kung@usdoj.gov
Attorney for Plaintiff


/s/ *Richard Tanasi*
RICHARD E. TANASI
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
rtanasi@tanasilaw.com
Attorney for Defendant

**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

- 2-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-04-JCM-EJY |
| Plaintiff, | |
| vs. | **SEALED ORDER ON STIPULATION** |
| MARLON ECHON MELU, | |
| Defendant. | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for September 23, 2022, at the hour of 10:00 a.m., be vacated and continued to **December 7, 2022, at 10:30 a.m.**

DATED August 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

///

///

///

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on this 1st day of August 2022, I served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to:

SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101
simon.kung@usdoj.gov
Attorney for Plaintiff

/s/ *Richard Tanasi*
RICHARD TANASI, ESQ.

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

- 4-