**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLON ECHON MELU,<br><br>Defendant. | Case No. 2:19-cr-00300-04-JCM-EJY<br><br>***SEALED* STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING (Twelfth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the UNITED STATES OF AMERICA, by and through Assistant United States Attorney Edward Veronda, and defendant MARLON ECHON MELU, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** currently set for September 22, 2023 in the above-captioned matter, be continued to no sooner than ***December 1, 2023.***

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Co-Defendant Honari is scheduled for sentencing on October 13, 2023. *See* ECF No. 400.

2. Mr. Melu is a government witness, and he continues to cooperate and assist the government in its case/sentencing against Mr. Honari.

3. The parties require additional time for Mr. Melu to continue his cooperation, which may include his potential testimony against Mr. Honari as part of his continuous cooperation and assistance to the government.

1     4.     Mr. Melu is out of custody and does not object to this continuance.

2     5.     The additional time requested herein is not sought for purposes of delay. Thus, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept this Stipulation and enter an Order as set forth below, continuing the sentencing hearing to no sooner than December 1, 2023, as may be deemed convenient to the Court.

DATED this 7th day of September 2023.

U.S. ATTORNEY'S OFFICE

/s/ *Edward Veronda*

Edward Veronda
Assistant US Attorney, District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
(w) 702-388-6522
E-mail: edward.g.veronda@usdoj.gov
Attorney for Plaintiff


/s/ *Richard Tanasi*
RICHARD E. TANASI
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
rtanasi@tanasilaw.com
Attorney for Defendant

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

- 2-

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARLON ECHON MELU,<br><br>    Defendant. | Case No. 2:19-cr-00300-04-JCM-EJY<br><br>**SEALED ORDER ON STIPULATION** |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, be continued to December 8, 2023, at 10:00 AM.

DATED September 18, 2023.

_____

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on this September 7, 2023 I served a true and correct copy the foregoing **SEALED STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to:

Edward Veronda
Assistant US Attorney, District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
(w) 702-388-6522
E-mail: edward.g.veronda@usdoj.gov
Attorney for Plaintiff

/s/ *Richard Tanasi*
RICHARD TANASI, ESQ.

- 4-